**GREVE, CLIFFORD, WENGEL & PARAS, LLP**
**LAWRENCE A. WENGEL**, Esq. (SBN 064708)
**BRADLEY W. KRAGEL**, Esq. (SBN 143065)
2870 Gateway Oaks Drive, Suite 210
Sacramento, California 95833-4324
Telephone: (916) 443-2011
Facsimile: (916) 441-7457

Attorneys for Plaintiff
CHATFIELD CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHATFIELD CONSTRUCTION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WESTCHESTER FIRE INSURANCE ) <br> COMPANY and DOES 1-10, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:10-cv-03494-FCD-GGH <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

GREVE, CLIFFORD, WENGEL & PARAS, LLP

Dated: 27 Jan, 2011.   By: /s/ B Kragel
LAWRENCE A. WENGEL (SBN 064708)
BRADLEY W. KRAGEL (SBN 143065)
Attorneys for Plaintiff
CHATFIELD CONSTRUCTION, INC.

///

///

Greve Clifford Wengel & Paras, LLP

| | |
|---|---|
| 1 | |
| 2 | **MORALES FIERRO & REEVES** |
| 3 | Dated: 1/19, 2011.    By _[signature]_ |
| 4 | RAMIRO MORALES (SBN 167947)<br>ELIZABETH B. CELNIKER (SBN 211652) |
| 5 | Attorneys for Defendant<br>WESTCHESTER FIRE INSURANCE |
| 6 | COMPANY<br>2300 Contra Costa Boulevard, Suite 310 |
| 7 | Pleasant Hills, CA 94523<br>Telephone: (925) 288-1776 |
| 8 | Facsimile:  (925) 288-1856 |

Greve Clifford Wengel & Paras, LLP